Karole K. JENSEN, Administratix of the Estate of John Wallace, Deceased, a minor under the age of fourteen (14) years, Petitioner v. John or Jane DOE, in their individual capacities as social workers for the Marlboro County Department of Social Services, Respondent (Two Cases).

(367 S. E. (2d) 162)

Supreme Court

April 20, 1988

ORDER

This matter is before this Court on a petition for writ of certiorari to review the Court of Appeals' opinion in *Jensen v. Doe,* 292 S. C. 592, 358 S. E. (2d) 148 (Ct. App. 1987). Petitioner now moves for this Court to dismiss her petition for writ of certiorari and to remand this matter to the trial court for the purpose of amending the complaints.

It is ordered that petitioner's petition for writ of certiorari is hereby denied.

It is further ordered that petitioner's motion is denied without prejudice. The issue of whether petitioner should be allowed to amend her complaint is an issue that is more properly decided in the circuit court.